# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

FIFTH THIRD MORTGAGE COMPANY,

Plaintiff(s),

v.

IRA KAUFMAN, CHICAGO TITLE INSURANCE COMPANY, TRADITIONAL TITLE COMPANY, LLC, ELIOT HIGUEROS d/b/a ENH SERVICES, INC., d/b/a E&H DISTRIBUTORS, INC., and d/b/a ENH SERVICES LLC, ZEAL MANAGEMENT, LLC, JOHN KELLY, RAZZAK KHADER, KRK FINANCIAL SERVICES, INC., d/b/a KRK INSURANCE SOLUTIONS, THEODORE THEODOSIADIS, 4725 S. MICHIGAN LLC, JEFFREY TOWNSEND, ATINUKE OKOYE, KEVIN BURNS, MICHAEL COYLE, and DANIEL G. BERRY,

Defendant(s).

Case No. 12 C 4693
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of plaintiff Fifth Third and against defendant Kaufman on counts 4, 5, 6, 7, 8, 9, and 10 of plaintiff's second amended complaint. The Court awards Fifth Third $1,570,482.52 in damages, as well as $763,659.32 in pre-judgment interest. The Court also finds in favor of

plaintiff Fifth Third and against defendant Traditional Title on counts 4 and 5 of plaintiff's second amended complaint. The Court awards Fifth Third $305,611.93 in damages, as well as $151,781.05 in pre-judgment interest.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.
☒ tried by Judge Matthew F. Kennelly without a jury and the above decision was reached.
☐ decided by Judge ___ on a motion

Date:  7/25/2017                     Thomas G. Bruton, Clerk of Court

                                     Pamela J. Geringer, Deputy Clerk