FILED
DEC 26 2019 AC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**CHASE**
Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604

**RE: FIFTH THIRD MORTGAGE COMPANY v. IRA KAUFMAN Case No.: 12C4693, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): IRA KAUFMAN

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 3275 | 4668282.02 | 1122.50 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| | |
|---|---|
| Did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? | Yes |
| Is this an IRA account or are all funds in the account(s) exempt funds? | No |
| Is/are the account(s) current balance equal to or less than the total of the exempt deposits? | No |
| List all electronic deposits into account(s) and their source(s): | IRATKAUFMA648827 PAYROLL, IRATKAUFMA648827 PAYROLL, IRATKAUFMA648827 PAYROLL, IRATKAUFMA648827 PAYROLL, IRATKAUFMA648827 PAYROLL, IRATKAUFMA648827 PAYROLL |
| List adverse claims | N/A |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

I CERTIFY THAT THE STATEMENTS ABOVE ARE TRUE.

*[signature]*

JOE CARDENAS
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Date: 12/13/19