**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIFTH THIRD MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-4693 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| IRA KAUFMAN, et al. ) | |

**AMENDED JUDGMENT ORDER**

This matter coming to be heard, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of plaintiff Fifth Third and against defendant Kaufman on counts 4, 5, 6, 7, 8, 9, and 10 of plaintiff's second amended complaint,

2. Plaintiff Fifth Third is awarded damages of $1,570,482.52, as well as $763,659.32 in pre-judgment interest against defendant Kaufman, for a total judgment of $2,334,141.04;

3. Judgment is also entered in favor of plaintiff Fifth Third and against defendant Traditional Title on counts 4 and 5 of plaintiff's second amended complaint;

4. Plaintiff Fifth Third is awarded damages of $305,611.93, as well as $151,781.05 in pre-judgment interest against defendant Traditional Title, for a total judgment of $457,392.98; and

IT IS FURTHER AGREED BY THE PARTIES THAT:

1. Fifth Third's claims against Eliot Higueros, Zeal Management, LLC, KRK Financial Services, Atinuke Okoye, 4725 S. Michigan, LLC, Jeffrey Townsend, and Michael Coyle are dismissed with prejudice, with each party to bear its own fees and costs;



2.  All of Chicago Title Insurance Company's cross claims against Traditional Title Company, LLC are dismissed with prejudice, with each party to bear its own fees and costs;

3.  All of Theodore Theodosiadis' cross claims against Ira Kaufman and Traditional Title Company, LLC are dismissed with prejudice, with each party to bear its own fees and costs;

All claims have now been fully and finally resolved.

Dated:  September 26, 2018      Entered: _____
                                         Honorable Matthew F. Kennelly

JOINTLY SUBMITTED BY:

/s/ Alex Darcy                                    /s/ Jeffrey Strange
Alex Darcy                                        Jeffrey Strange
C. Randall Woolley                                Rod Radjenovich
Askounis & Darcy, PC                              Jeffrey Strange & Associates
444 North Michigan Avenue, Suite 3270             717 Ridge Road
Chicago, IL  60611                                Wilmette, IL 60091
(312) 784-2400                                    (847) 256-7377
*Attorneys for Fifth Third Mortgage Company*      *Attorneys for Ira Kaufman and*
                                                  *Traditional Title Company, LLC*


/s/ Nathan Grzegorek                              /s/ Joel A. Schechter
James Larson                                      Joel A. Schechter
Nathan Grzegorek                                  Law Offices of Joel A. Schechter
Plunkett Cooney PC                                53 W. Jackson Blvd., Suite 1522
221 N. LaSalle – Ste. 1550                        Chicago, IL 60604
Chicago, IL 60601                                 (312) 332-0267
(312) 422-1903                                    *Attorney for Theodore Theodosiadis*
*Attorneys for Chicago Title Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD MORTGAGE COMPANY ) | |
| ) | |
| Plaintiff, ) | Case No. 12 C 4693 |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| IRA KAUFMAN, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| MORGAN STANLEY & COMPANY, LLC ) | |
| ) | |
| Respondent ) | |

## CITATION TO DISCOVER ASSETS TO A THIRD PARTY

TO:    Morgan Stanley & Co.
233 S Wacker Dr
Ste 8600
Chicago, IL 60606

    YOU ARE REQUIRED to serve your answer to this Citation on the form appearing attached hereto and appear on **January 17, 2020 at 9:30 a.m.** at the office of Askounis & Darcy, PC, located at 444 North Michigan Avenue, Suite 3270, Chicago, Illinois 60611.

    Judgment was entered in favor of FIFTH THIRD MORTGAGE COMPANY and against IRA T. KAUFMAN on September 26, 2018 in the Northern District of Illinois under Case Number 12 C 4693 in the amount of $2,334,141.01, and the full amount remains unsatisfied. Further sums may become due as costs and interest accrues.

    Your answer will inform the Court as to the status of any assets you may hold belonging to IRA T. KAUFMAN.

    By **January 17, 2020 at 9:30 a.m.**, **YOU ARE COMMANDED** to produce the following documents to Askounis & Darcy, PC, Attn: C. Randall Woolley, 444 N. Michigan Avenue, Suite 3270, Chicago, IL 60611, (312)784-2410 (fax); rwoolley@askounisdarcy.com:

## SEE RIDER A ATTACHED HERETO.

    You are PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order

**EXHIBIT B**

or garnishment, property belonging to the judgment debtor or to which he may be entitled or which may thereafter be acquired by or become due to him, and from paying over or otherwise disposing of any moneys not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

WARNING: Your failure to comply with the citation proceeding may result in judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f)(1), made applicable herein by Federal Rule of Civil Procedure 69.

WARNING: YOUR FAILURE TO ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY FINE OR IMPRISONMENT.

### **CERTIFICATE BY ATTORNEY FOR JUDGMENT CREDITOR**

Judgment was entered on September 26, 2018 in favor of Plaintiff FIFTH THIRD MORTGAGE COMPANY and against Defendants IRA KAUFMAN in the amount of $2,334,141.01 and TRADITIONAL TITLE COMPANY, LLC, in the amount of $457,392.98 plus post-judgment interest, in case number 12 C 4693 and the full amount remains unsatisfied. A true and correct copy of the Judgment is attached hereto.

I, the undersigned, certify that the above information regarding the amount of the judgment, the date of the judgment, or its revival date, the balance due thereon, the name of the Court and the number of the case is true and correct.

By: _____
D. Alexander Darcy, Esq. (ARDC # 6220515)
C. Randall Woolley, Esq. (ARDC # 06280067)
ASKOUNIS & DARCY, P.C.
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
312/784-2400
312/784-2410 (Facsimile)
adarcy@askounisdarcy.com
rwoolley@askounisdarcy.com

THOMAS G. BRUTON
_____
Clerk of the District Court for the
Northern District of Illinois

_____
Deputy Clerk

DEC 2 0 2019
_____
Date

# ANSWER OF THIRD PARTY RESPONDENT CITATION

Citation/Respondent: <u>Morgan Stanley & Co.</u>　　Citation Date: <u>January 17, 2020</u>

Defendant's Name: <u>Ira T. Kaufman</u>　　Case No: <u>1:12-cv-04693</u>

Judgment Balance: $<u>2,334,141.01</u>
This is a Citation: Freeze up to double the Judgment Balance.

---

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ____Yes ____No
   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have <u>all</u> of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ____Yes ____No
   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the mortgage account(s)' current balance equal to or less than the total of the exempt deposits? ____Yes ____No
   *IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

---

4. ACCOUNT BALANCE　　　AMOUNT CLAIMED

   A) Account (including Mortgage Loan)　　$_____　　$_____

   B) Check/MMA/Now Account　　$_____　　$_____

   C) Certificate of Deposit　　$_____　　$_____

   D) Trust Account/Other (Describe)_____　　$_____　　$_____

E) Safety Deposit _____ Yes _____ No

F) Land Trust No._____

G) *Less* Right of Offset for Loans $_____

TOTAL AMOUNT FROZEN: $_____

If any description is necessary for the above accounts, please provide your answer here:

_____

_____

_____

5. List all electronic deposits into account(s) and their source(s) except deposits:

| Account Number | Source | Monthly Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

6. List all joint account holders or adverse claimants:

| Name_____ | Name_____ | Name_____ |
|---|---|---|
| Address_____ | Address_____ | Address_____ |
| _____ | _____ | _____ |
| Account Type: Checking____ Savings____ Account Number: | Account Type: Checking____ Savings____ Account Number: | Account Type: Checking____ Savings____ Account Number: |
| _____ | _____ | _____ |

### INSTRUCTIONS

**(1.) Fill out and sign the certification below. (2.) Fax or mail a copy of this Answer to (i) Plaintiff's attorney and (ii) Judgment Debtor within ten (10) days of receipt.**

# CERTIFICATION

Under the penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Judgment Debtor (s) and Judgment Creditor.

Date: _____  Print Agent Name: _____

Respondent Name: _____  Signature of Agent: _____

Address: _____

Telephone: _____  FAX: _____

# RIDER A
## TO THE CITATION TO DISCOVER ASSETS TO A THIRD PARTY

PURSUANT TO THE CITATION TO DISCOVER ASSETS TO A THIRD PARTY regarding the Judgment Debtor, Ira Kaufman, hereinafter referred to as the "Judgment Debtor"

YOU ARE COMMANDED to:

1. Produce copies of any and all bank statements and checks on all accounts of the Judgment Debtor, including but not limited to cancelled checks, wire transfers, deposit slips, and withdrawal slips, including front and back, for any and all bank accounts including, but not limited to, checking and/or savings accounts currently and/or previously owned by the Judgment Debtor, jointly and/or separately, for the period from September 26, 2018 to present, or the last six (6) months of statements if the account(s) is/are closed.

2. Produce any and all books, documents and records regarding the Judgment Debtor including, but not limited to:
   a. Applications for any and all accounts;
   b. Signature cards; and
   c. Lines of Credit as well as account statements for the past year.

3. Produce any and all safety or safe deposit box records of the named defendant.

4. Seal any and all safe or safety deposit box(es) of the named defendant until further notice of court.

5. Produce any and all books, documents and records regarding any loans and/or leases made by the institution to the Judgment Debtor including, but not limited to:
   a. Applications for any and all loans or leases;
   b. All payment records;
   c. Copies of the front and back of the last three payments made to your institution for each loan and/or lease; and
   d. Any and all Notices of Default sent to the Judgment Debtor.

6. Produce any correspondence to, from or regarding the Judgment Debtor from September 26, 2018 to present.

7. Produce any and all books, documents and records regarding any permissive user of, approved signor of or other individuals with access to the accounts of the Judgment Debtor including, but not limited to:
   a. Applications for any and all accounts;
   b. Signature Cards;
   c. Loans and/or leases as well as payment records for the past year; and
   d. Lines of Credit as well as account statements for the past year.

8. Produce any correspondence to, from or regarding any permissive user of, approved signor of or other individuals with access to the accounts of the Judgment Debtor since September 26, 2018 to present.

**CALL THIS OFFICE AT (312) 784-2400 PRIOR TO PRODUCING DOCUMENTS THAT WOULD INCUR ANY COST TO THIS OFFICE. PLEASE REFER TO THE CASE NAME IN THE UPPER LEFT OF THE CITATION.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FIFTH THIRD MORTGAGE COMPANY

                      v.        12 c 4693

IRA KAUFMAN, et al.

<u>Affidavit of Special Process Server</u>

Jeffrey F. Mills, being first duly sworn on oath, deposes and states as follows:

I.    That his office is located at 615 Mallard Court, #D-1, Bartlett, IL, 60103.

II.    That he served the within Citation to Discover Assets To Third Party on the within named, **MORGAN STANLEY & Co.**, by leaving a copy with **MARK KANIA**, an agent of the third party respondent on **12-26-19**.

III.    (a) That the sex, race and approximate age of the defendant or other person with whom he left the Citation are as follows:
Sex **M**    Race **W**    Approximate Age **35**
Other: ____

(b) That the place where and the date and time of the day when the Citation was left with the defendant or other person were as follows:
Place: **233 S. WACKER DRIVE, #8600, CHICAGO**
Date: **12-26-19**    Time of day: **2:55 p.m.**

IV.    That he mailed a copy of the 3rd Party Citation to the judgement debtor, **IRA KAUFMAN** on **12-28-19**.

V.    ~~That he was unable to serve the within named respondent.~~

VI.    That the fee for the service of the documents was $100.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

                                      Jeffrey F. Mills
                                      615 Mallard Court, D1
                                      Bartlett, IL  60103
                                      312-953-7677
                                      PERC# 129214936

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FIFTH THIRD MORTGAGE COMPANY )
)
          Plaintiff, )    Case No. 12 C 4693
v. )    Judge Matthew F. Kennelly
)
IRA KAUFMAN, et al. )
)
          Defendant. )
_____)
MORGAN STANLEY & COMPANY, LLC )
)
          Third Party Respondent. )

### CITATION NOTICE

TO:    Ira T. Kaufman
          300 N. Canal, #3601
          Chicago, IL 60606

**Judgment Debtor's last known address:**

Name:      Ira Kaufman
Address:   300 N. Canal, #3601
City/State/Zip: Chicago, IL 60606

      A judgment was entered in favor of FIFTH THIRD MORTGAGE COMPANY and against IRA T. KAUFMAN on September 26, 2018 in the Northern District of Illinois under Case Number 12 CV 4693 in the amount of $2,334,141.01, and the full amount remains unsatisfied. Further sums may become due as costs and interest accrues.

**Name and address of Attorney for Judgment Creditor or Judgment Creditor (if without an attorney):**

Atty. No.:    6280067
Name:       Askounis & Darcy, PC / C. Randall Woolley
Atty. for:    Plaintiff
Address:    444 North Michigan Avenue, Suite 3270
City/State/Zip: Chicago, IL 60611
Telephone:  (312) 784-2400

**Name of person to receive Citation:** Morgan Stanley & Company, LLC.

1

EXHIBIT D

**Date of examination:**     January 17, 2020 at 9:30 A.M.

**Place of Examination:**     Askounis & Darcy, PC
                              444 North Michigan Avenue
                              Suite 3270
                              Chicago, IL 60611

NOTICE: A citation has been issued against the person or entity named above. The citation directs that the person or entity appear for examination for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the examination date stated above, the court may compel the application of any discovered income or assets toward payment of the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATES ABOVE. (see below):

(1.) Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any
personal property as chosen by the debtor, including money in a bank account.
(2.) Social Security and SSI benefits;
(3.) Public assistance benefits;
(4.) Unemployment compensation benefits;
(5.) Worker's compensation benefits;
(6.) Veteran's benefits;
(7.) Circuit breaker property tax relief benefits;
(8.) The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;
(9.) The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
(10.) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.
(11.) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.
(12.) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earning for a week exceed 30 times the federal minimum hourly wage.
(13.) Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the District Court, 20th Floor, 219 South Dearborn, Chicago, Illinois. When so notified, the Clerk of the District Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

This notice may be sent to the judgment debtor by regular first class mail.

**CERTIFICATION OF MAILING BY ATTORNEY FOR JUDGMENT CREDITOR**

Under penalties as provided by law, the undersigned certifies that she mailed by regular first-class mail a copy of the citation notice to defendant at the address shown below upon filing of the citation or within three business days of service if served upon Third Party Respondent.

Date of mailing: _____

By: _____
D. Alexander Darcy, Esq. (ARDC # 6220515)
C. Randall Woolley, Esq. (ARDC# 06280067)
ASKOUNIS & DARCY, P.C.
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@askounisdarcy.com
rwoolley@askounisdarcy.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FIFTH THIRD MORTGAGE COMPANY )
)
        Plaintiff, )
) Case No. 12 C 4693
v. ) Judge Matthew F. Kennelly
)
IRA KAUFMAN, et al. )
)
        Defendant. )
)
)
MORGAN STANLEY & COMPANY, LLC )
)
        Respondent )

## CITATION TO DISCOVER ASSETS TO A THIRD PARTY

TO:     Morgan Stanley & Co.
           233 S Wacker Dr
           Ste 8600
           Chicago, IL 60606

      YOU ARE REQUIRED to serve your answer to this Citation on the form appearing attached hereto and appear on **January 17, 2020 at 9:30 a.m.** at the office of Askounis & Darcy, PC, located at 444 North Michigan Avenue, Suite 3270, Chicago, Illinois 60611.

      Judgment was entered in favor of FIFTH THIRD MORTGAGE COMPANY and against IRA T. KAUFMAN on September 26, 2018 in the Northern District of Illinois under Case Number 12 C 4693 in the amount of $2,334,141.01, and the full amount remains unsatisfied. Further sums may become due as costs and interest accrues.

      Your answer will inform the Court as to the status of any assets you may hold belonging to IRA T. KAUFMAN.

      By **January 17, 2020 at 9:30 a.m.**, **YOU ARE COMMANDED** to produce the following documents to Askounis & Darcy, PC, Attn: C. Randall Woolley, 444 N. Michigan Avenue, Suite 3270, Chicago, IL 60611, (312)784-2410 (fax); rwoolley@askounisdarcy.com:

### SEE RIDER A ATTACHED HERETO.

      You are PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order

EXHIBIT E

## RIDER A
## TO THE CITATION TO DISCOVER ASSETS TO A THIRD PARTY

PURSUANT TO THE CITATION TO DISCOVER ASSETS TO A THIRD PARTY regarding the Judgment Debtor, Ira Kaufman, hereinafter referred to as the "Judgment Debtor"

YOU ARE COMMANDED to:

1. Produce copies of any and all bank statements and checks on all accounts of the Judgment Debtor, including but not limited to cancelled checks, wire transfers, deposit slips, and withdrawal slips, including front and back, for any and all bank accounts including, but not limited to, checking and/or savings accounts currently and/or previously owned by the Judgment Debtor, jointly and/or separately, for the period from September 26, 2018 to present, or the last six (6) months of statements if the account(s) is/are closed.

2. Produce any and all books, documents and records regarding the Judgment Debtor including, but not limited to:
   a. Applications for any and all accounts;
   b. Signature cards; and
   c. Lines of Credit as well as account statements for the past year.

3. Produce any and all safety or safe deposit box records of the named defendant.

4. Seal any and all safe or safety deposit box(es) of the named defendant until further notice of court.

5. Produce any and all books, documents and records regarding any loans and/or leases made by the institution to the Judgment Debtor including, but not limited to:
   a. Applications for any and all loans or leases;
   b. All payment records;
   c. Copies of the front and back of the last three payments made to your institution for each loan and/or lease; and
   d. Any and all Notices of Default sent to the Judgment Debtor.

6. Produce any correspondence to, from or regarding the Judgment Debtor from September 26, 2018 to present.

7. Produce any and all books, documents and records regarding any permissive user of, approved signor of or other individuals with access to the accounts of the Judgment Debtor including, but not limited to:
   a. Applications for any and all accounts;
   b. Signature Cards;
   c. Loans and/or leases as well as payment records for the past year; and
   d. Lines of Credit as well as account statements for the past year.

8. Produce any correspondence to, from or regarding any permissive user of, approved signor of or other individuals with access to the accounts of the Judgment Debtor since September 26, 2018 to present.

**CALL THIS OFFICE AT (312) 784-2400 PRIOR TO PRODUCING DOCUMENTS THAT WOULD INCUR ANY COST TO THIS OFFICE. PLEASE REFER TO THE CASE NAME IN THE UPPER LEFT OF THE CITATION.**

or garnishment, property belonging to the judgment debtor or to which he may be entitled or which may thereafter be acquired by or become due to him, and from paying over or otherwise disposing of any moneys not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

WARNING: Your failure to comply with the citation proceeding may result in judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f)(1), made applicable herein by Federal Rule of Civil Procedure 69.

WARNING: YOUR FAILURE TO ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY FINE OR IMPRISONMENT.

### CERTIFICATE BY ATTORNEY FOR JUDGMENT CREDITOR

Judgment was entered on September 26, 2018 in favor of Plaintiff FIFTH THIRD MORTGAGE COMPANY and against Defendants IRA KAUFMAN in the amount of $2,334,141.01 and TRADITIONAL TITLE COMPANY, LLC, in the amount of $457,392.98 plus post-judgment interest, in case number 12 C 4693 and the full amount remains unsatisfied. A true and correct copy of the Judgment is attached hereto.

I, the undersigned, certify that the above information regarding the amount of the judgment, the date of the judgment, or its revival date, the balance due thereon, the name of the Court and the number of the case is true and correct.

By: _C. Randall Woolley_

D. Alexander Darcy, Esq. (ARDC # 6220515)
C. Randall Woolley, Esq. (ARDC # 06280067)
ASKOUNIS & DARCY, P.C.
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611
312/784-2400
312/784-2410 (Facsimile)
adarcy@askounisdarcy.com
rwoolley@askounisdarcy.com

**THOMAS G. BRUTON**

Clerk of the District Court for the Northern District of Illinois

_Deputy Clerk_

DEC 2 0 2019
Date

# ANSWER OF THIRD PARTY RESPONDENT CITATION

Citation/Respondent: Morgan Stanley & Co.     Citation Date: January 17, 2020

Defendant's Name: Ira T. Kaufman     Case No: 1:12-cv-04693

Judgment Balance: $2,334,141.01
This is a Citation: Freeze up to double the Judgment Balance.

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? _X_ Yes ___ No
   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? _X_ Yes _X_ No (one account is an IRA)
   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the mortgage account(s)' current balance equal to or less than the total of the exempt deposits? ___ Yes _X_ No
   *IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

| 4. ACCOUNT BALANCE | Acct 261 AMOUNT CLAIMED (joint) | Acct 935 (IRA) | Acct 311 (trust) |
|---|---|---|---|
| A) Account (including Mortgage Loan) | $150,949.01* | $10,082.77* | $0.00 |
| B) Check/MMA/Now Account | $ N/A | $ N/A | $ N/A |
| C) Certificate of Deposit | $ N/A | $ N/A | $ N/A |
| D) Trust Account/Other (Describe) Acct 311 is a trust $0.00 | $ N/A | $ N/A | $ N/A |

E) Safety Deposit _____ Yes _X_ No

F) Land Trust No. N/A

G) *Less* Right of Offset for Loans  $0.00

TOTAL AMOUNT FROZEN: $161,031.78*

*Please see value disclaimer regarding account value

If any description is necessary for the above accounts, please provide your answer here:

Judgment debtor is owner of three accounts at Morgan Stanley Smithbarney.

5. List all electronic deposits into account(s) and their source(s) except deposits:

| Account Number | Source | Monthly Amount |
|---|---|---|

None within past 90 days. Please subpoena accounts for any additional deposits.

6. List all joint account holders or adverse claimants:

Name: Ellen Kaufman
Address: 809 Locust Ln Apt 304, Vernon Hills, IL 60061
Account Type: Checking ___ Savings ___
Account Number: Joint bkrg acct 261

Name: _____
Address: _____
Account Type: Checking ___ Savings ___
Account Number: IRA acct 935

Name: _____
Address: _____
Account Type: Checking ___ Savings ___
Account Number: Trust acct 311

**INSTRUCTIONS**

(1.) Fill out and sign the certification below. (2.) Fax or mail a copy of this Answer to (i) Plaintiff's attorney and (ii) Judgment Debtor within ten (10) days of receipt.

## CERTIFICATION

Under the penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Judgment Debtor (s) and Judgment Creditor.

Date: Jan 14, 2020           Print Agent Name: Jessica Como

Respondent Name: _____       Signature of Agent: _____

Address: Morgan Stanley
Levies and Garnishments Unit
100 South Charles Street, 4th Floor
Baltimore, MD 21201

Telephone: 800.460.6617 x 2     FAX: 201-377.0199

# Disclaimer

Morgan Stanley Wealth Management LLC ("Morgan Stanley") has obtained pricing information from independent sources it believes to be reliable; however, Morgan Stanley makes no assurance that the values provided are accurate. Those values are subject to market conditions and are as of a given point in time only. Values provided may not be inclusive of point-of-sale transactions or automatic account transfers currently in process. Fees, commissions, and other charges may apply upon the sale and liquidation of any position which may impact those values. Morgan Stanley reserves the right to exercise its right to setoff from the client for any amounts that may be due or owed to us.

The account(s) may include insurance and/or annuity products. Please be advised that Morgan Stanley has no possession, custody, or control over these products and cannot, among other things, force or prohibit their sale and liquidation and/or control the distribution of these assets. Values for annuity or insurance products, if any, reflect in-force insurance purchased through Morgan Stanley as of date shown and as reported by the insurance carrier. Amounts shown may be subject to surrender and other contract charges. Disclosure of the value of any insurance or annuity products on Morgan Stanley's databases or Morgan Stanley account statements does not confer or imply ownership or beneficial interest on the part of the Morgan Stanley account holder. All ownership, rights, benefits and payments are controlled by the contract between the insurance company and the contract owner as governed by the account holder's policy with the insurance company.