# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIFTH THIRD MORTGAGE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRA KAUFMAN, et al., ) <br> ) <br> Defendants. ) | Case No. 1:12-cv-4693 <br><br> Honorable Matthew F. Kennelly |

## FIFTH THIRD'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Now Comes Fifth Third Mortgage Company ("Fifth Third"), by and through counsel, and for its Motion for Leave to File Exhibit Under Seal Pursuant to Local Rule 26.2, states as follows:

1. On January 16, 2020, Fifth Third filed its Motion for Turnover Order with respect to funds held in judgment debtor Ira Kaufman's bank account.

2. Fifth Third relies on a Marital Settlement Agreement and Judgment for Dissolution of Marriage to contend that the funds held in the bank account are the sole property of Ira Kaufman.

3. The Marital Settlement Agreement and Judgment for Dissolution of Marriage are identified as Exhibits 1 and 2 to the Affidavit of C. Randall Woolley, which is Exhibit F to the Motion for Turnover Order.

4. Because the Marital Settlement Agreement and Judgment for Dissolution of Marriage contain personal information, Fifth Third requests leave of Court to file these documents under seal.

WHEREFORE, Fifth Third respectfully requests that this Court enter an Order allowing it to file Exhibit F to the Motion for Turnover Order under seal, and grant such other and further relief as this Court deems just.

Dated: January 16, 2020             FIFTH THIRD MORTGAGE COMPANY

                                             By:   /s/C. Randall Woolley
                                                       D. Alexander Darcy (ARDC # 06220515)
                                                       C. Randall Woolley (ARDC # 06280067)
                                                       ASKOUNIS & DARCY, PC
                                                       444 North Michigan Avenue
                                                       Suite 3270
                                                       Chicago, IL 60611
                                                       (312) 784-2400 (t)
                                                       (312) 784-2410 (f)
                                                       adarcy@askounisdarcy.com
                                                       rwoolley@askounisdarcy.com