**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIFTH THIRD MORTGAGE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 C 4693 |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| IRA KAUFMAN, et al. | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| MORGAN STANLEY & CO., | ) | |
| | ) | |
| Third Party Respondent. | ) | |

**<u>TURNOVER ORDER – MORGAN STANLEY & CO.</u>**

This matter coming to be heard on Fifth Third Mortgage Company's ("Fifth Third") Motion for Turnover Order as to funds currently being held pursuant to the Third-Party Citation to Discover Assets (the "Third-Party Citation") issued to Morgan Stanley & Co. ("Morgan Stanley") regarding the assets of judgment debtor Ira Kaufman, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Fifth Third's Motion for Turnover Order is granted in part and deferred in part as to the total funds of $150,949.01 currently being held in the Morgan Stanley account of judgment debtor Ira Kaufman;

2. The Third-Party Citation respondent, Morgan Stanley, is ordered to immediately turn over funds of Ira Kaufman in the amount of $75,474.50 that it is currently holding pursuant to the served Third-Party Citation;

3. Said funds in the amount of $75,474.50 shall be turned over to Fifth Third through its attorneys, Askounis & Darcy, PC, and Askounis & Darcy, PC, shall hold the funds in escrow until further order of the Court;

4. Morgan Stanley may remit the funds by sending a check made payable to "Askounis & Darcy, PC Client Trust Account" to: Askounis & Darcy, PC, 444 North Michigan Avenue, Suite 3270, Chicago, Illinois 60611, or, alternatively, may contact Askounis & Darcy, PC to obtain the firm's wire instructions;

5. A judgment in the sum of $75,474.50 is hereby entered against Morgan Stanley and in favor of Ira Kaufman f/u/o Fifth Third; and

6. The remaining funds in the Morgan Stanley account, which is an amount not less than $75,474.51, shall remain frozen and subject to Fifth Third's citation lien until further order of the Court.

Entered: Jan. 23, 2020

_____
Honorable Matthew F. Kennelly