**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIFTH THIRD MORTGAGE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 C 4693 |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| IRA KAUFMAN, et al. | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Third Party Respondent. | ) | |

## TURNOVER ORDER – JP MORGAN CHASE BANK, N.A.

This matter coming to be heard on Fifth Third Mortgage Company's ("Fifth Third") Motion for Turnover Order as to funds currently being held pursuant to the Third-Party Citation to Discover Assets (the "Third-Party Citation") issued to JP Morgan Chase Bank, N.A. ("Chase Bank") regarding the assets of judgment debtor Ira Kaufman, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Fifth Third's Motion for Turnover Order is Granted;

2. The Third-Party Citation respondent, Chase Bank, is ordered to turn over funds of Ira Kaufman that it is currently holding pursuant to the served Third Party Citation in the amount of $1,122.50;

3. Said funds shall be turned over to Fifth Third through its attorneys to satisfy in part the judgment entered herein;

4. Chase Bank may remit the funds by sending a check made payable to "Askounis & Darcy, PC Client Trust Account" to: Askounis & Darcy, PC, 444 North Michigan

Avenue, Suite 3270, Chicago, Illinois 60611, or, alternatively, may contact Askounis & Darcy, PC to obtain the firm's wire instructions;

5. A judgment in the sum of $1,122.50 is hereby entered against Chase Bank and in favor of Ira Kaufman f/u/o Fifth Third;

6. Any and all funds in excess of the amount indicated in this Order are to be returned to the account holder, the freeze on said account is lifted, and the Third-Party Citation against Chase Bank is dismissed.

Entered: Jan. 23, 2020

_____
Honorable Matthew F. Kennelly