**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIFTH THIRD MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-4693 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| IRA KAUFMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING CERTAIN CITATIONS TO DISCOVER ASSETS**

THIS MATTER COMING TO BE HEARD on Plaintiff Fifth Third Mortgage Company's Third-Party Citations to Discover Assets issued on Bank of America, N.A., Charles Schwab Corporation, E-Trade Financial Corporation, Fidelity Investments, Inc., Northern Trust Corporation, and TD Ameritrade, Inc. (the "Third-Party Citations");

IT IS HEREBY ORDERED THAT the Third-Party Citations issued to Bank of America, N.A., Charles Schwab Corporation, E-Trade Financial Corporation, Fidelity Investments, Inc., Northern Trust Corporation, and TD Ameritrade, Inc. are dismissed without prejudice.

ENTERED: _____
Hon. Matthew F. Kennelly

Date: Jan. 23, 2020